UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:17-cv-900-T-24TGW

LISA KIRKLAND-CHEA,

    Plaintiff,

v.

WESTLAKE SERVICES, LLC,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Lisa Kirkland-Chea, by and through undersigned counsel, hereby gives notice of pending settlement in the instant matter. The parties have reached a tentative settlement and are in the process of drafting, finalizing, and executing the formal settlement documents. Upon completion of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 25th day of July 2017.

    By:/s/ *Christopher Legg*
    Christopher W. Legg, Esq.
    Fla. Bar No.: 44460

    Christopher W. Legg, P.A.
    3837 Hollywood Blvd., Ste. B
    Hollywood, FL 33021
    Office: 954-962-2333
    Chris@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: /s/ *Christopher Legg*
                                                Christopher W. Legg, Esq.