**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No.: 8:17-cv-900-T-24TGW

LISA KIRKLAND-CHEA,

    Plaintiff,

v.

WESTLAKE FINANCIAL SERVICES, LLC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Lisa Kirkland-Chea, ("Plaintiff"), by and through the undersigned counsel of record, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal with Prejudice. The relevant settlement agreement requires that this matter be dismissed with prejudice, therefore, good cause exists for the filing of this notice.

Date: August 22, 2017

                                               s/ *Christopher Legg*
                                               Christopher W. Legg, Esq.
                                               3837 Hollywood Blvd., Ste. B
                                               Hollywood, FL 33021
                                               Telephone: (954) 962-2333
                                               Chris@theconsumerlawyers.com
                                               *Attorney for Plaintiff*
                                               *Lisa Kirkland-Chea*

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices of electronic filing.

                                                /s/ *Christopher Legg*
                                                Christopher Legg, Esq.